# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 09-00105-01-CR-W-DGK |
| SHAWN BRISBIN, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion to Suppress (Doc. 18), the Government's response (Doc. 27), and United States Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 35). The Court has also reviewed the transcript from the hearing (Doc. 32).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court hereby ORDERS that Magistrate Judge Larsen's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress (Doc. 18) is hereby DENIED.

**IT IS SO ORDERED**

Date: August 14, 2009    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT